## SHORT v. STATE.
### No. 26214.

Court of Criminal Appeals of Texas.
Jan. 28, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Judge.

Upon his plea of guilty before the court, appellant was convicted for the offense of driving a motor vehicle while intoxicated. His punishment was assessed at a fine of $100.

There is no statement of facts or bill of exception in the record before us. All proceedings appear regular.

The judgment is affirmed.